NO. PD-1485-14

TRAVARIUS ANTWAUN SHEAD, PETITIONER § IN THE TEXAS COURT
§
§
VS. § OF
§
§
THE STATE OF TEXAS, § 
RESPONDENT § CRIMINAL APPEALS

*granted to*
*9-15*
*2 - PC*
*1-6-15*

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Travarius Shead , Petitioner, and files this motion for an extension of sixty- (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

I.

The Petitioner was convicted in the 363rd District Court of Dallas County, Texas of the offense of robbery in Cause No. F12-55887 styled The State of Texas vs. Travarus Antwain Shead The Petitioner appealed to the Court of Appeals, Fifth Supreme Judicial District, Appeal No. 05 13 00880-CR . The case was affirmed on Oct 23 2014 .

II.

The present deadline for filing the Petition for Discretionary Review is Jan 23 2013 . The Petitioner has not requested one extension prior to this request. Thirty days is insufficient. I just now found some legal help here, because I'm unable to do this on my own. Please grant 70 more days?

III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until late November 2014 Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Catherine Bernhard bar #22161575, has informed Petitioner that he will not represent him on the Petition for Discretionary Review. I need an additional 30 days more, please .

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. PP-1485-14 to February 23 2015 .

Respectfully submitted,

Petitioner Pro Se
TDCJ # 1864700
Texas Department of Criminal Justice

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 31 2014

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

## CERTIFICATE OF SERVICE

I, *Travarrus Autumn Shead*, do hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by United States Mail, postage prepaid, first class, to the State Prosecuting Attorney, *in Austin, Texas* P. O. Box 12405, Austin, TX 78711, and the District Attorney for *Dallas* County, Texas on the *29* day of *December*, 20*14*.

_____
Petitioner Pro Se

Date _December 29, 2014_

**1485-14**

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 3 1 2014

Abel Acosta, Clerk

Court of Criminal Appeals
ATTN: Abel Acosta CCA Clerk
PO Box 12308
Austin, TX 78711

Dear Mr. Acosta:

Enclosed please find my <u>pro</u> <u>se</u> Petitioner's Motion for Extension of Time to File a Petition for Discretionary Review. Please file this Motion with the papers of this case and bring it to the attention of the Court.

Please date-stamp this letter and return it to me at my address shown below. ____

I also request that you notify me of the Court's ruling on my Motion.

Sincerely,

_[signature]_

Petitioner Pro Se
TDCJ # 1864700
Texas Department of Criminal Justice
Unit: Alfred D. Hughes
Address: Rt. 2 Box 4400
Gatesville, TX 76597